**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| VIRTAMOVE, CORP., | Case No. 1:25-cv-1601-ADA |
|        Plaintiff, | **JURY TRIAL DEMANDED** |
|        v. | |
| ORACLE CORP., | |
|        Defendant. | |
| | |
| VIRTAMOVE, CORP., | Case No. 1:25-cv-1651-ADA |
|        Plaintiff, | **JURY TRIAL DEMANDED** |
|        v. | |
| ORACLE CORP., | |
|        Defendant. | |

**ORDER GRANTING DEFENDANT ORACLE CORPORATION'S MOTION TO CONSOLIDATE AND FOR A LIMITED STAY OF FIRST-FILED CASE**

This Court, having considered Defendant's Motion to Consolidate and For a Limited Stay of First-File Case, hereby GRANTS the Motion and ORDERS the following:

*VirtaMove, Corp. v. Oracle Corp.*, No. 1:25-cv-1601-ADA and *VirtaMove, Corp. v. Oracle Corp.*, No. 1:25-cv-1651-ADA are hereby consolidated for all purposes through trial, and all deadlines in *VirtaMove, Corp. v. Oracle Corp.*, No. 1:25-cv-1601-ADA are stayed until after the claim construction hearing is conducted in *VirtaMove, Corp. v. Oracle Corp.*, No. 1:25-cv-1651-ADA.

SIGNED this _____ day of _____, 2025.


_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE