IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>ORACLE CORP.,<br><br>    Defendant. | Case No. 1:25-CV-01651-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE OF DISMISSAL WITHOUT PREJUDICE OF**
**VIRTAMOVE, CORP.'S INDIRECT INFRINGEMENT CLAIMS**

VirtaMove, Corp. ("VirtaMove") and Oracle Corp. ("Oracle") jointly provide notice to the Court of the dismissal of VirtaMove's claims of indirect infringement of U.S. Patent No. 7,774,762 (the "'762 patent") without prejudice.

Pursuant to Section VII of this Court's March 5, 2025 Standing Order Governing Proceedings (OGP) Version 1, Austin Division, the parties agree that the dismissal is without prejudice and that VirtaMove may conduct fact discovery on whether Oracle knew about the claims and subject-matter of the '762 patent during the first three months of fact discovery. The parties further agree that, if supported by a good faith basis under Rule 11, VirtaMove may re-plead its indirect infringement claims with specificity within the first three months after fact discovery opens.

1

Dated: November 8, 2025 | Respectfully submitted,

*/s/ Darryl J. Adams* | */s/ Christian W. Conkle*

Jared Bobrow (admitted *pro hac vice*)
CA Bar No. 133712
jbobrow@orrick.com
Bas de Blank (admitted *pro hac vice*)
CA Bar No. 191487
basdeblank@orrick.com
Diana Rutowski (admitted *pro hac vice*)
CA Bar No. 233878
drutowski@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA 94025
Tel: (650) 614-7400
Fax: (650) 614-7401

Darryl J. Adams
**Slayden Grubert Beard**
401 Congress Avenue, Suite 1650
Austin, Texas 78701
Tel: 512-402-3550

*Attorneys for Defendant Oracle Corp.*

Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Jacob R. Buczko
CA State Bar No. 269408
James S. Tsuei
CA State Bar No. 285530
James A. Milkey
CA State Bar No. 281283
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Daniel Kolko
CA State Bar No. 341680
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: jbuczko@raklaw.com
Email: jtsuei@raklaw.com
Email: jmilkey@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email: dkolko@raklaw.com

Qi (Peter) Tong
TX State Bar No. 24119042
8080 N. Central Expy, Suite 1503
Dallas, TX 75206
Email: ptong@raklaw.com

*Attorneys for Plaintiff VirtaMove, Corp..*

## **CERTIFICATE OF SERVICE**

      Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on November 8, 2025, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                    */s/ Darryl J. Adams*
                                                    Darryl J. Adams