**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| VIRTAMOVE, CORP., | Case No. 1:25-CV-01651-ADA |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| ORACLE CORP., | |
| Defendant. | |

**DECLARATION OF JOSUE GUERRA IN SUPPORT OF**
**DEFENDANT ORACLE CORP.'S MOTION TO DISMISS PLAINTIFF'S**
**COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**

I, Josue Guerra, declare as follows:

1.        I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Defendant Oracle Corp. ("Oracle") in the above-captioned matters.  I am admitted *pro hac vice* to this Court. I submit this declaration based on personal knowledge, unless otherwise noted.  If called as a witness, I can and will testify competently to the matters set forth herein.

2.        I make this declaration in support of Oracle's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6).

3.        Attached as **Exhibit A** is a true and correct copy of U.S. Patent No. 7,519,814 (Rochette et al), entitled "System for Containerization of Application Sets," which issued on April 14, 2009.

Executed on November 14, 2025, in Chicago, Illinois.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Josue Guerra*

Josue Guerra (admitted *pro hac vice*)

DECL. OF JOSUE GUERRA ISO
ORACLE'S MOTION TO DISMISS