IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORP., <br><br> Defendant. | Case No. 1:25-cv-1651-ADA <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANT ORACLE CORP.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Oracle Corporation makes the following disclosure:

Oracle Corporation has no parent corporation and no publicly held corporation owns 10% or more of Oracle Corporation's stock.

| | |
|---|---|
| Dated: November 20, 2025 | Respectfully submitted, |

/s/Jared Bobrow

Jared Bobrow (admitted *pro hac vice*)
CA Bar No. 133712
jbobrow@orrick.com
Bas de Blank (admitted *pro hac vice*)
CA Bar No. 191487
basdeblank@orrick.com
Diana Rutowski (admitted *pro hac vice*)
CA Bar No. 233878
drutowski@orrick.com
Parth Sagdeo (admitted *pro hac vice*)
CA Bar No. 325269)
psagdeo@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA  94025
Tel: 650-614-7400
Fax: 650-614-7401

Shane D. Anderson (admitted *pro hac vice*)
CA Bar No. 313145
sdanderson@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
355 S. Grand Ave., Ste. 2700
Los Angeles, CA 90071
Tel: 213-612-2377
Fax: 213-612-2499

Josue Guerra (admitted *pro hac vice*)
CA Bar No. 339437
jguerra@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
353 N. Clark Street, Ste. 3600
Chicago, IL 60654
Tel: 312-924-9800
Fax: 312-924-9899

Darryl J. Adams
**Slayden Grubert Beard**
401 Congress Avenue, Suite 1650
Austin, Texas 78701
Tel:  512-402-3550

*Attorneys for Defendant Oracle Corp.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 21, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

*/s/Jared Bobrow*
Jared Bobrow
