UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>   Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION,<br><br>   Defendant. | Case No.  1:25-cv-01651-ADA<br><br>**JURY TRIAL DEMANDED** |

### CASE READINESS STATUS REPORT

Plaintiff VirtaMove, Corp. and Defendant Oracle Corporation hereby provide the following status report:

### SCHEDULE

A proposed scheduling order has not yet been filed.

### FILINGS AND EXTENSIONS

Plaintiff's Complaint was filed on August 27, 2025, before Judge Counts.  The case was transferred to Judge Albright. Dkt. 7. A 45-day extension for a response to the Complaint was filed. Dkt. 11.

### RESPONSE TO THE COMPLAINT

Oracle filed a Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) on November 14, 2025. Dkt. 28.  The parties filed a joint notice of dismissal of indirect infringement.  Dkt. 26.

### PENDING MOTIONS

Oracle's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) was

filed on November 14, 2025. Dkt. 28. Oracle also filed a Motion to Consolidate on October 16, 2025, which the Court has set for a hearing on Monday, November 24, 2025. Dkt. 18; Dkt. 29.

## RELATED CASES IN THIS JUDICIAL DISTRICT

There are no related cases as defined in the CRSR that assert the same patent. As set forth in Oracle's Motion to Consolidate, Oracle's position is that the co-pending case *VirtaMove, Corp. v. Oracle Corp.*, No. 1:25-cv-1601-ADA, is a related case. Dkt. 18.

## IPR, CBM, AND OTHER PGR FILINGS

No IPR, CBM, or other PGR filings are known.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

The Complaint asserted independent claim 17 in U.S. Pat. No. 7,774,762. VirtaMove reserves the right to assert additional claims in its upcoming infringement contentions.

## APPOINTMENT OF TECHNICAL ADVISOR

VirtaMove requests that the Court appoint a technical advisor given the complex nature of the software technology at issue. Oracle opposes the appointment of a technical advisor.

## PRE-MARKMAN ISSUES

Oracle filed a Motion to Consolidate on October 16, 2025, which the Court has set for a hearing on Monday, November 24, 2025. Dkt. 18; Dkt. 29.

Oracle's Motion to Dismiss under 12(b)(6) should be ruled on before the *Markman* hearing, but is not yet ripe. Dkt. 28. The Parties request a hearing or ruling as soon as practical after briefing ripens.

## MEET AND CONFER STATUS

The Parties have no pre-*Markman* issues to raise at the CMC. Thus, there have been no issues for the parties to meet and confer about.

Jointly submitted on November 21, 2025.

<div style="display: flex;">

<div>

*/s/ Peter Tong*
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
Jacob R. Buczko (CA SBN 269408)
jbuczko@raklaw.com
James S. Tsuei (CA SBN 285530)
jtsuei@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

</div>

<div>

*/s/ Jared Bobrow*
Jared Bobrow (admitted *pro hac vice*)
CA Bar No. 133712
jbobrow@orrick.com
Bas de Blank (admitted *pro hac vice*)
CA Bar No. 191487
basdeblank@orrick.com
Diana Rutowski (admitted *pro hac vice*)
CA Bar No. 233878
drutowski@orrick.com
Parth Sagdeo (admitted *pro hac vice*)
CA Bar No. 325269)
psagdeo@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road Menlo Park, CA 94025 Tel:
650-614-7400
Fax: 650-614-7401

Shane D. Anderson (admitted *pro hac vice*) CA Bar No. 313145
sdanderson@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
355 S. Grand Ave., Ste. 2700
Los Angeles, CA 90071
Tel: 213-612-2377
Fax: 213-612-2499

Josue Guerra (admitted *pro hac vice*)
CA Bar No. 339437
jguerra@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
353 N. Clark Street, Ste. 3600
Chicago, IL 60654
Tel: 312-924-9800
Fax: 312-924-9899

Darryl J. Adams
TX Bar No. 00796101
dadams@sgbfirm.com
**Slayden Grubert Beard PLLC**
401 Congress Avenue, Suite 1650
Austin, Texas 78701
Tel: 512-402-3550

*Counsel for Defendant Oracle Corporation*

</div>

</div>

## **CERTIFICATE OF SERVICE**

  I certify that on November 21, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

                */s/ Jared Bobrow*
                Jared Bobrow